IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 99-40138
Summary Calendar

———————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

SAN JUANA GARCIA-GUERRERO,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-98-CR-329-1
--------------------
October 26, 1999

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender, court-appointed counsel for San Juana Garcia-Guerrero, has filed a brief as required by Anders v. California, 386 U.S. 738 (1967); Garcai-Guerra has not filed a response. Our independent review of the briefs and record discloses no nonfrivolous issue. Accordingly, counsel is excused from further responsibilities herein, and the appeal is dismissed.

MOTION TO WITHDRAW GRANTED; APPEAL DISMISSED.

———————————————

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.